No. 00–257. McDonald v. Tennessee. Sup. Ct. Tenn. Certiorari denied.

No. 00–266. Austin v. Hanover Insurance Co. et al. C. A. 2d Cir. Certiorari denied.

No. 00–271. General Dynamics Corp. v. Williamson et al. C. A. 9th Cir. Certiorari denied.

No. 00–272. Liverman v. Hyde et al. C. A. 10th Cir. Certiorari denied.

No. 00–274. Lowry, Individually and as Guardian ad Litem of Lowry, a Minor v. McDonnell-Douglas Corp. C. A. 8th Cir. Certiorari denied.

No. 00–284. Alikhani v. United States. C. A. 11th Cir. Certiorari denied.

No. 00–290. Wyshak v. State Bar of California. Sup. Ct. Cal. Certiorari denied.

No. 00–291. Small Business Assistance Corp. v. Clear Channel Broadcasting, Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 00–293. Vinson et al. v. United States District Court for the Northern District of Mississippi. C. A. 5th Cir. Certiorari denied.

No. 00–294. Bonner v. Texas. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 00–295. Siddiqui v. Northern Telecom, Inc. C. A. 4th Cir. Certiorari denied.

No. 00–296. Kallembach v. Bechtolt, dba President, Village of South Wayne, et al. C. A. 8th Cir. Certiorari denied.

No. 00–300. Soldiers of Jesus Christ, Inc. v. Labor and Industry Review Commission et al. Ct. App. Wis. Certiorari denied.

No. 00–304. Cammarano v. Moore, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.